## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DUSTI PATTERSON, | ) |
| | ) |
|    Plaintiff, | )    Civil Action No.: 3:17-cv-853 |
| | ) |
| v. | )    Judge: B. Jackson |
| | ) |
| ALLTRAN FINANCIAL, LP, | )    Magistrate: R. Bourgeois |
| | ) |
|    Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Dusti Patterson, ("Plaintiff"), through her attorney, Scott, Vicknair, Hair & Checki, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates the parties filing a joint stipulation of dismissal, with prejudice, within 60 days.

Dated: March 9, 2018                        Respectfully submitted,

                                                       */s/ Samuel J. Ford*
                                                       Samuel Ford, Esq. T.A. 36081
                                                       Scott, Vicknair, Hair & Checki, LLC
                                                       909 Poydras Street, Suite 1100
                                                       New Orleans, Louisiana 70112
                                                       ford@svhclaw.com
                                                       T: (504) 684-5200
                                                       F: (504) 613-6351
                                                       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this day, March 9, 2018, I electronically filed the foregoing with the Clerk of Court via the Court's CM/ECF filing system, which will send notice to all counsel of record in the instant action.

                                          */s/ Samuel J. Ford*