# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DUSTI PATTERSON, | ) |
| | ) |
|    Plaintiff, | )    Civil Action No.: 3:17-cv-853 |
| | ) |
| v. | )    Judge: B. Jackson |
| | ) |
| ALLTRAN FINANCIAL, LP, | )    Magistrate: R. Bourgeois |
| | ) |
|    Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

All parties, through undersigned counsel, stipulate to dismiss this action with prejudice. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: June 25, 2018                     RESPECTFULLY SUBMITTED,

*/s/ Samuel J. Ford*
Samuel Ford, Esq. T.A. 36081
Scott, Vicknair, Hair & Checki, LLC
909 Poydras Street, Suite 1100
New Orleans, Louisiana 70112
ford@svhclaw.com
T: (504) 684-5200
F: (504) 613-6351
*Attorney for Plaintiff*

*/s/ Justin Homes*
Justin Homes, Esq.
Sessions, Fishman, Nathan & Israel, LLC
3850 N. Causeway Blvd., Ste. 200
Metairie, Louisiana 70002
Jhomes@sessions.legal
T: (504) 846-7931
F: (504) 828-3737
*Attorney for Defendant*