UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DUSTIN PATTERSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **ALLTRAN FINANCIAL, L.P.** | **NO.: 17-00853-BAJ-RLB** |

<u>**ORDER**</u>

Considering the **Joint Stipulation of Dismissal (Doc. 10)**,

**IT IS ORDERED** that Plaintiff Dustin Patterson's claims against Defendant Alltran Financial, L.P. are **DISMISSED WITH PREJUDICE** under Federal Rule of Evidence 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 26th day of June, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Jury